CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>**v.**<br>**Enoc Baez-Olivas**<br>YOB: 1980; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**22-04630MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about May 25, 2022, at or near Sasabe, in the District of Arizona, **Enoc Baez-Olivas**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Luis, Arizona on November 01, 2021, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Enoc Baez-Olivas** is a citizen of Mexico.   On November 01, 2021, **Enoc Baez-Olivas** was lawfully denied admission, excluded, deported and removed from the United States through San Luis, Arizona. On May 25, 2022, agents found **Enoc Baez-Olivas** in the United States at or near Sasabe, Arizona, without the proper immigration documents.  **Enoc Baez-Olivas** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>CJC3/RR<br>AUTHORIZED AUSA /s/Christopher Curran | SIGNATURE OF COMPLAINANT (official title) |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent<br>Rafael A. Ruiz |

Sworn by telephone _x_

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 27, 2022 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54